432 F.2d 558
 UNITED STATES of America, Plaintiff-Appellee,
v.
Arthur Leroy DENNIS, Defendant-Appellant.
 No. 29772
 
 Summary Calendar.*
 United States Court of Appeals, Fifth Circuit.
 Oct. 9, 1970.
 Lawrence E. Hoffman, Hoffman & St. Jean, Miami, Beach, Fla., for defendant-appellant.
 Robert W. Rust, U. S. Atty., by Jose E. Martinez, Asst. U. S. Atty., Miami, Fla., for plaintiff-appellee.
 Appeal from United States District Court, Southern District of Florida; Charles B. Fulton, Chief Judge.
 Before THORNBERRY, MORGAN and CLARK, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 *
 Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir., 1970, 431 F.2d 409, Part I
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5th Cir. 1970)